■ In the Matter of LISA L. MITCHELL, for Reinstatement to the Practice of Law in the State of New York. [21 NYS3d 677]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Dec. 16, 2015.)

■ In the Matter of SAMUEL J. GLOVER, an Attorney, Resignor. [21 NYS3d 678]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Nov. 18, 2015.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENT A. KROEMER, Appellant. [21 NYS3d 679]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SPIRLES, Appellant. [21 NYS3d 680]—Motions for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY A. JONES, Appellant. [21 NYS3d 680]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WILSON, Appellant. [21 NYS3d 681]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE MILLER, Appellant. [21 NYS3d 681]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE E. SCARVER, Also Known as C, Appellant. [21 NYS3d 681]—Motion for writ of error coram nobis denied. Present— Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.